UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/21/2020__
```

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND ET AL,

                              Petitioners,

              -v-

J.H. REID GENERAL CONTRACTOR,

                              Respondent.

------------------------------------------------------------------X

20-cv-2230 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On May 14, 2020, the Court scheduled a telephonic conference and oral argument on the pending Petition to confirm an arbitral award (Dkt. No. 1) for today.  (Dkt. No. 9.)  The order setting that conference was served on Respondent the following day.  (Dkt. No. 10.)  Today at the appointed time, the Court convened the conference.  Counsel for Petitioners appeared.  No representative for Respondent appeared.

During the conference, which was memorialized by a court reporter, the Court asked Petitioners' counsel to explain the calculation of $280,216.56 in interest.  Petitioners' counsel requested additional time to respond to that inquiry in writing and the Court granted that request.

As discussed at the conference, IT IS HEREBY ORDERED that Petitioners shall electronically file an explanation of the interest payment calculation no later than 5:00 p.m. on May 26, 2020.

SO ORDERED.

Dated: May 21, 2020
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge